153 So. 918

## Alva HUGHES v. STATE.
### 8 Div. 541.

Supreme Court of Alabama.
March 8, 1934.

ANDERSON, Chief Justice.

There being no bill of exceptions in this case and no error appearing upon the record proper, the judgment of the circuit court is affirmed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.

151 So. 921

## J. R. INGERSOLL v. William T. JOHNSTON.
### 1 Div. 800.

Supreme Court of Alabama.
Nov. 29, 1933.

PER CURIAM.

Appeal dismissed by appellant.

154 So. 918

## G. B. JOHNSON v. ONEONTA GUARANTY CO. et al.
### 6 Div. 429.

Supreme Court of Alabama.
April 19, 1934.

A. A. Griffith, of Cullman, and J. T. Johnson, of Oneonta, for appellant.

P. A. Nash, of Oneonta, for appellee.

PER CURIAM.

Affirmed on certificate.

151 So. 921

## Fred, alias Freddy, KINNEY v. STATE.
### 2 Div. 27.

Supreme Court of Alabama.
Dec. 14, 1933.

J. C. Locke, of Marion, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

ANDERSON, Chief Justice.

There is no bill of exceptions, and no error appearing upon the record proper, the judgment of the circuit court is affirmed. The date for the execution of the sentence having expired, Friday, the 9th of February, 1934, is set as the day for the execution of the death sentence.

All Justices concur.

154 So. 918

## T. S. McDIARMID v. Jas. L. HERRING.
### 7 Div. 223.

Supreme Court of Alabama.
May 24, 1934.

PER CURIAM.

Appeal dismissed for want of prosecution.

154 So. 918

## MARYLAND CASUALTY CO. v. WEBB PLANING MILL CO.
### 5 Div. 149.

Supreme Court of Alabama.
April 10, 1934.

PER CURIAM.

Appeal dismissed.